# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148394

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM EDWARD LAVELY,
      Defendant-Appellant.

SC: 148394
COA: 312389
Clare CC: 11-004322-FH

_____/

      On order of the Court, the application for leave to appeal the November 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



t0421

Clerk